ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

DAVID A. JAFFE
Acting Chief, Organized Crime and Gang Section
Department of Justice
Criminal Division

DIMITRA H. SAMPSON
Arizona State Bar No. 019133
Email:  dimitra.sampson@usdoj.gov
TRACY VAN BUSKIRK
Arizona State Bar No. 022097
Email:  tracy.van.buskirk@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500

KELLY K. PEARSON
Virginia Bar No. 12607
Trial Attorney
1301 New York. Ave, NW, Suite 700
Washington, DC 20530
Telephone:  202-353-2099
Email: Kelly.Pearson@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-15-8076-002-PCT-DGC |
| Plaintiff, | |
| vs. | **STIPULATION TO MODIFY PLEA AGREEMENT AS TO DEFENDANT DEVAN EDWARD LEONARD** |
| Devan Edward Leonard, | |
| Defendant. | |

The parties, by and through undersigned counsel, hereby request this Court accept the parties' stipulation to modify the plea agreement as to Defendant Devan Edward Leonard.

Defendant Leonard entered his plea agreement on October 31, 2017 (Doc. 347).  In Paragraph 3 of the plea agreement under "Agreements Regarding Sentencing", subsection

c., "Applicable Base Offense Level", the parties agreed to a base offense level for murder, including application of the multiple count adjustment, pursuant to U.S.S.G. 3D1.4. In light of the preparation of the Final Presentence Investigation Report, and upon further reflection, it appears the multiple count adjustment was miscalculated in the plea agreement. This base offense level in the plea agreement does not impact the resulting guidelines calculation or the stipulated sentence of 50 years' imprisonment in the plea agreement. Therefore, to avoid confusion, the parties have agreed to simply remove subsection c. of Paragraph 3 in the plea agreement, titled "Applicable Base Offense Level."

Respectfully submitted this 4th day of May, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

 s/ Dimitra H. Sampson
DIMITRA H. SAMPSON
TRACY VAN BUSKIRK
Assistant U.S. Attorneys

DAVID A. JAFFE
Acting Chief, Organized Crime and Gang Section
Department of Justice
Criminal Division

s/ Kelly K. Pearson
KELLY K. PEARSON
Trial Attorney

s/ Michael B. Bernays
MICHAEL B. BERNAYS
Attorney for Defendant Devan Leonard

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and a notice of filing was sent to the following CM/ECF registrants:

Michael Bernays,
*Attorney for Defendant Devan Leonard*

 s/ Marjorie LeMoine
U.S. Department of Justice